UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARANDA CARR | : | CIVIL ACTION NO.: 2:22-CV-00480 |
| | : | |
| VERSUS | : | |
| | : | JUDGE JANE TRICHE MILAZZO |
| IF&P HOLDING COMPANY, LLC, | : | |
| MC PRODUCE, LLC , LANE A. SUTTON, | : | |
| ACUITY, A MUTUAL INSURANCE | : | MAGISTRATE JUDGE DONNA |
| COMPANY, ABC INSURANCE | : | PHILLIPS CURRAULT |
| COMPANY | : | |

## NOTICE OF SETTLEMENT

**NOW INTO COURT**, through undersigned counsel comes Plaintiff Maranda Carr, and Defendants IF&P Holding Company, LLC, MC Produce, LLC, Acuity, a Mutual Insurance Company and Lane A. Sutton, who pursuant to Local Rule 16.4, respectfully notify the Court that all parties have reached an agreement to settle all claims brought in the captioned matter. As such, the parties request that this case be removed from the Court's trial docket set for September 23, 2024. The parties are in the process of finalizing settlement documents and will be filing a Notice of Dismissal in due order.

Dated this 18th day of July, 2024.

Respectfully Submitted,

/s/ Jason B. Thrower
Jason B. Thrower, Bar Roll No. 30761
**THE THROWER LAW FIRM, LLC**
830 Main Street
Baton Rouge, LA 70802
Tel: (225) 250-1030
Fax: (225) 250-1029

/s/ Michael C. Palmintier
Michael C. Palmintier, Bar Roll No. 10288
Joshua Palmintier, Bar Roll No. 28712
Ben Treuting, Bar Roll No. 36708
**THE PALMINTIER LAW GROUP**
618 Main Street
Baton Rouge, LA 70801
Tel: (225) 344-3735
Fax: (225) 344-0522
***Attorneys for Plaintiff***

/s/ Lena D. Giangrosso
JAMES W. HAILEY, III (23111)
LENA D. GIANGROSSO (31464)
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
400 Poydras Street, Suite 1300
New Orleans, Louisiana 70130
Tel: (504) 322-4100
Fax: (504) 754-7569
***Counsel for Defendants***