UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARANDA CARR | : | CIVIL ACTION NO.: 2:22-CV-00480 |
| | : | |
| VERSUS | : | |
| | : | JUDGE JANE TRICHE MILAZZO |
| IF&P HOLDING COMPANY, LLC, | : | |
| MC PRODUCE, LLC , LANE A. SUTTON, | : | |
| ACUITY, A MUTUAL INSURANCE | : | MAGISTRATE JUDGE DONNA |
| COMPANY, ABC INSURANCE | : | PHILLIPS CURRAULT |
| COMPANY | : | |

## ORDER

Considering the foregoing Joint Motion to Dismiss by Plaintiff, Maranda Carr, and Defendants, IF&P Holding Company, LLC, MC Produce, LLC, Lane A. Sutton, and Acuity, a Mutual Insurance Company;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion is **GRANTED**, and all claims of Plaintiff, Maranda Carr, and Defendants, IF&P Holding Company, LLC, MC Produce, LLC, Lane A. Sutton, and Acuity, a Mutual Insurance Company are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and court costs.

New Orleans, Louisiana, this 16th day of August, 2024.

**HONORABLE JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**